# Exhibit 1

JEFFERSON CIRCUIT COURT
DIVISION THIRTEEN (13)

| AOC-105 | Doc. Code: CI | | Case No. | 14 CI 004315 |
|---|---|---|---|---|
| Rev. 1-07 | 06/27/2014 09:43 am | | | |
| Page 1 of 1 | Ver. 1.02 | | Court | ✓ Circuit ☐ District |
| Commonwealth of Kentucky | | | | |
| Court of Justice  www.courts.ky.gov | | | County | Jefferson |
| CR 4.02; CR Official Form 1 | | CIVIL SUMMONS | | |

**PLAINTIFF**

CHARLES ALCON

4801 Saddlebrook Lane

Louisville, KY 40216

VS.

**DEFENDANT**

ANDERSON WOOD PRODUCTS COMPANY

1381 Beech Street

Louisville, KY 40211

Service of Process Agent for Defendant:

SYDNEY ANDERSON, III

1381 Beech Street

Louisville, KY 40211

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _____AUG 18 2014_____

DAVID L. NICHOLSON, CLERK

_____ Clerk

By: _____D. Saylor_____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____Title

JEFFERSON CIRCUIT COURT
DIVISION THIRTEEN (13)

CIVIL ACTION NO. 14 CI 004315          JEFFERSON CIRCUIT COURT

DIVISION _____

CHARLES ALCON                                                                    PLAINTIFF
4801 Saddlebrook Lane
Louisville, Kentucky 40216


v.                                        COMPLAINT


ANDERSON WOOD PRODUCTS COMPANY                              DEFENDANT
1381 Beech Street
Louisville, Kentucky 40211

      SERVE:   REGISTERED AGENT
                     Sydney W. Anderson, III
                     1381 Beech Street
                     Louisville, Kentucky 40211

## I.   INTRODUCTION

Comes the Plaintiff, Charles Alcon (hereinafter "Alcon" or "Plaintiff"), and for his Complaint against the Defendant, Anderson Wood Products Company (hereinafter "AWPC" or "Defendant"), states as follows:

## II.   PARTIES, JURISDICTION AND VENUE

1. Plaintiff Alcon is a Kentucky resident.

2. Defendant AWPC is a Kentucky for-profit corporation doing business in Louisville, Jefferson County, Kentucky.

3. Venue is proper in Jefferson Circuit Court as the events occurred in Jefferson County, Kentucky.

### III.   FACTS

4.   Alcon is a former employee of AWPC.

5.   Alcon was employed by AWPC as a machine operator.

6.   Alcon is an African-American.

7.   Throughout the course of his employment with AWPC, Alcon was subjected to disparate treatment based on his race with respect to the terms and conditions of his employment, lower wages paid to minorities and promotions and advancement.

8.   During the course of his employment, Alcon was subjected to a racially hostile work environment and harassment.

9.   Alcon was subjected to racist jokes, use of the "n" word and racially hostile comments and innuendo by AWPC supervisory staff.

10.   Alcon opposed the harassment and racially hostile work environment.

11.   Alcon was retaliated against for opposing the harassment and telling his Caucasian supervisor that he was offended by the racist remarks and discriminatory attitudes.

12.   Alcon was told that African-Americans are 'lazy' and 'don't like to work' and Alcon and other African-American employees were referred to as 'you people' by AWPC supervisor staff.

13.   Alcon's opposition to the harassment was a motivating factor in his discharge.

14.   The stated reasons for Alcon's discharge were pretextual.

15.   Alcon was subjected to disparate treatment based on his race, and Alcon was subjected to a pattern and practice of discrimination.

## IV. CLAIMS AND CAUSES OF ACTION

### A. VIOLATIONS OF THE KENTUCKY CIVIL RIGHTS ACT

16. Alcon re-alleges all allegations set forth above.

15. Alcon was subjected to a racially hostile work environment, disparate treatment with respect to wages and advancement, discriminatory discharge, retaliatory discharge and a pattern and practice of discrimination in violation of the Kentucky Civil Rights Act, KRS 344 *et. seq.*, and KRS 344.280.

### B. STATUTORY ATTORNEY FEES UNDER KRS 344

16. Alcon re-alleges all allegations set forth above.

17. Alcon makes a claim for statutory attorney fees under KRS 344 in the event he is a prevailing party at trial.

### C. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

18. Alcon re-alleges all allegations above here.

19. The circumstances leading up to the termination of Alcon's employment constitute intentional infliction of emotional distress.

## V. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that he be awarded the following relief and all other relief to which he may be entitled:

A. Trial by jury;

B. Judgment against the Defendant on all claims asserted herein;

C. Compensatory damages including but not limited to past and future lost wages and past and future lost benefits;

D. Compensatory damages including but not limited to emotional distress, mental anguish, humiliation and embarrassment;

E. An award of statutory attorney fees, costs and expenses;

F. Punitive damages on his common law claim; and

G. Statutory interest on all damage awards, verdicts or judgments.

Respectfully submitted,

Bryan M. Cassis
1800 Kentucky Home Life Building
239 S. Fifth Street
Louisville, Kentucky 40202
(502) 736-8100 (phone)
(502) 736-8106 (fax)
bryan@cassislaw.com

*Attorney for the Plaintiff*

4